# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## NOTICE OF DOCUMENTS NOT FILED IN RECORD

CIVIL/CRIMINAL NO. **04 CV 366**

## CAROLYN ROBINSON

VERSUS

## THE LOFTON CORPORATION ET AL

ATTACHMENTS TO

NOTICE OF REMOVAL

**FILED ON 6/4/04 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD**

S. HAWKINS
DEPUTY CLERK

| INITIALS | DOCKET# |
|---|---|
| SH | 3 |